UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>V.<br><br>LUTHER BAKER,<br>    Defendant. | CRIMINAL NO. 7:12-6-KKC-6<br><br><br>**ORDER** |

*** *** ***

This matter is before the Court on an amended recommended disposition (DE 644) in which the Magistrate Judge makes certain recommendations regarding the defendant's admitted violations of the terms of his supervised release. No party has filed objections to the recommendation and the defendant has waived (DE 645) his right to appear before the district judge and to make a statement and present mitigating information.

Accordingly, the Court hereby ORDERS that the amended recommended disposition (DE 644) is ADOPTED as the Court's opinion. The original recommended disposition (DE 642) is DENIED AS MOOT. The United States Probation Office SHALL prepare a judgment consistent with the recommendation.

This 3rd day of January, 2022.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY